UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WILLIAM URAL NEEL, | ) | 3:06-CV-21-PMP-VPC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| THEODORE D'AMICO, et al. | ) | |
| Defendants. | ) | |

On September 15, 2006, Defendants filed a Motion for Summary Judgment (Doc. #55).

On December 19, 2006, Defendants filed a Request for Submission of Unopposed Motion for Summary Judgment (Doc. #60). On March 30, 2007, the Honorable Valerie P. Cooke, United States Magistrate Judge, entered her Report and Recommendation (Doc. #62) that Defendants' Motion for Summary Judgment be granted. Plaintiff Neel filed Objections to the Magistrate Judges Report and Recommendation (Doc. #61) which provoked Defendants' Motion to Strike (Doc. #63) filed April 9, 2007.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4. The Court finds that Plaintiff Neel's objections to Magistrate Judge Cooke's Report of Findings and Recommendation should be Overruled and the Report and Recommendation should be Affirmed.

      IT IS THEREFORE ORDERED that Plaintiff William Neel's Objections to Magistrate Judge Cooke's Report and Recommendation (Doc. #61) are Overruled.

      IT IS FURTHER ORDERED that the Report and Recommendation (Doc. #62) entered March 30, 2007, by Magistrate Judge Cooke is hereby Affirmed and that Defendants' Motion for Summary Judgment (Doc. #55) is hereby Granted.

      IT IS FURTHER ORDERED that the Clerk of Court shall forthwith enter Judgment in favor of Defendants and against Plaintiff.

      IT IS FURTHER ORDERED that Defendants' Motion to Strike (Doc. #63) is Denied as moot.

DATED: July 30, 2007.

_____
PHILIP M. PRO
United States District Judge